FILED

2017 FEB 23 PM 3: 02

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 2:17-cr-14-FtM-99MRM

ROBERT ROBINSON, III 18 U.S.C. § 1012

## INFORMATION

The United States Attorney charges:

### COUNT ONE
**(False Statement to HUD)**

At all times material to this Information:

1. The defendant, ROBERT ROBINSON, III assisted another person, whose initials are C.P., in a real estate transaction in which C.P. and the defendant entered into a fraudulent "short sale" transaction related to C.P's residence in Port Charlotte, Florida. A "short sale" is a term used for a transaction requested by a homeowner allowing the sale of a distressed property for an amount less than what was owed to the mortgage lender. The defendant knew that C.P. had a mortgage of approximately $1.5 million, and that by entering in to a short sale transaction C.P. would be able to reduce or eliminate his mortgage debt. The defendant did not have an understanding that C.P. was unable to pay his monthly mortgage payments.

2. On May 2, 2012, the defendant signed a "Short Sale Purchase Contract Addendum" as the buyer, in which he agreed that the property must be sold through an "arms-length" transaction; the Addendum defines "arms length" to mean that the parties

are unrelated and that no party is a business associate of the seller. The Addendum also states that the parties agree that the seller will not be permitted to remain in the property after the execution of the short sale transaction. The defendant violated both of these conditions.

3. On November 15, 2012, the defendant signed a Form HUD-1, Settlement Statement, as the Borrower, in which he agreed to provide $693,212.70 to the settlement agent. The funds the defendant used to pay this amount were not his, but had been sent by C.P. to him. The defendant knew that C.P. did not move out of the property in Port Charlotte, Florida, after the execution of the short sale transaction.

4. On December 24, 2012, the defendant conveyed the property in Port Charlotte, Florida, back to C.P. by signing a warranty deed that transferred ownership of the property in Port Charlotte, Florida, to a Belizean entity controlled by C.P. for $1.

5. From on or about May 2, 2012 to on or about December 24, 2012, within the Middle District of Florida and elsewhere, the defendant,

**ROBERT ROBINSON, III,**

with the intent to defraud, did make a false report or statement to or for the Department of Housing and Urban Development.

In violation of 18 U.S.C. § 1012.

DATED this 23rd day of February, 2017.

A. LEE BENTLEY, III
United States Attorney

JESUS M. CASAS
Assistant United States Attorney
Chief, Fort Myers Division

CARYN D. FINLEY
TODD A. ELLINWOOD
Assistant Chiefs
U.S. Department of Justice, Tax Division